Ronald E. Stadtmueller, Chapter 13 Trustee  Check No. 682359
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---:|---:|---:|---:|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 03-11865 | 999-0 | KIMBERLY SEWELL<br>Original Check written to:<br>KIMBERLY SEWELL<br>79 MCFADDIN RD<br>HUNTSVILLE, TX  77340 | | 0.00 | 1.80 | 0.00 | 1.80 |
| 03-90936 | 003-0 | SANDRA A COX<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | xxxxxxxxxxxx1253 | 5,021.33 | 192.24 | 0.00 | 192.24 |
| 04-11279 | 006-1 | JERRY WESLEY FORTNER II<br>Original Check written to:<br>WILSHIRE CREDIT CORP<br>P O BOX 8517<br>PORTLAND, OR  97207 | xx7668 | 0.00 | 7,090.44 | 0.00 | 7,090.44 |
| 04-11526 | 008-0 | TERRY K PATE<br>Original Check written to:<br>INDEPENDENCE ACRES<br>P.O. BOX 10280<br>COLLEGE STATION, TX  77842 | xxxxxxxxIDED | 76.58 | 571.57 | 0.00 | 571.57 |
| 04-11526 | 007-0 | TERRY K PATE<br>Original Check written to:<br>SAN JACINTO COUNTY TAX<br>1 ST HWY 150 #3<br>COLDSPRING, TX  77331-7755 | xxxxxxxxIDED | 39.38 | 436.98 | 0.00 | 436.98 |
| 04-90268 | 006-0 | ALAN RAY HALL<br>Original Check written to:<br>GREENPONT CREDIT<br>P O BOX 507<br>MEMPHIS, TN  38101-0507 | xxxx5568 | 37,518.34 | 503.98 | 0.00 | 503.98 |
| 05-11417 | 011-0 | SHARON DIANE BAIRD<br>Original Check written to:<br>FIRST HORIZON HOME LOAN CORPORATION<br>P O BOX 630664<br>IRVING, TX  75063 | | 0.00 | 5,488.20 | 0.00 | 5,488.20 |